OCTOBER 28, 1953

**No. 57584.**—SUIT 4695.—Eastman Kodak Company *v.* United States.—C. D. 1333 affirmed June 17, 1953. C. A. D. 539.